IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:14CR54 |
| vs. | ) ) ) | ORDER |
| JOSHUA M. WILDENRADT, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Joshua M. Wildenradt (Wildenradt) to amend the conditions of his release (Filing No. 50). After consulting with Pretrial Services, the motion is granted.

**IT IS SO ORDERED.**

DATED this 1st day of May, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge