IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR54 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSHUA M. WILDENRADT, | ) | |
| JOHNNY GRISALES, | ) | |
| ROBERT D. BRYAN, | ) | |
| RUSSELL HARRIS and | ) | |
| CHRISTIE CANTON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Robert D. Bryan (Bryan) (Filing No. 64). Bryan seeks a continuance of the trial scheduled for July 7, 2014. Bryan's counsel represents that Bryan will submit an affidavit in accordance with paragraph 9 of the progression order whereby Bryan consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act . Bryan's counsel represents that government's counsel has no objection to the motion  Upon consideration, **the motion will be granted as to all defendants**.

**IT IS ORDERED:**

1. Bryan's motion to continue trial (Filing No. 64) is granted.

2. Trial of this matter as to **all defendants** is re-scheduled for **August 25, 2014,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 13, 2014, and August 25, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 13th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge